# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-01030-REB-BNB

INJURY FINANCE, LLC,
DENVER SPINE AND REHABILITATION, PC,
ROCKY MOUNTAIN OCCUPATIONAL CENTERS, LLC,
COLORADO INJURY TREATMENT CENTERS, and
SCOTT BURKE,

    Plaintiffs,

v.

ADMINISTAFF COMPANIES, LLC,
ADMINISTAFF COMPANIES II, LP,
MELICK, PORTER & SHEA, LLP, and
MICHAEL MAZURCZAK,

    Defendants.

---

# MINUTE ORDER[1]

---

The matter comes before the court on **Defendants' Joint Motion To Compel Arbitration and For Stay Pending Arbitration** [#9] filed May 12, 2010. The motion is **STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1.A.

Dated: May 19, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.