IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01030-REB-BNB

INJURY FINANCE, LLC,
DENVER SPINE AND REHABILITATION, P.C.,
ROCKY MOUNTAIN OCCUPATIONAL CENTERS, LLC,
COLORADO INJURY TREATMENT CENTERS, and
SCOTT BURKE,

Plaintiffs,

v.

ADMINSTAFF COMPANIES, INC.,
ADMINSTAFF COMPANIES, II, L.P.,
MELICK PORTER & SHEA, LLP, and
MICHAEL MAZURCZAK,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Vacate Settlement Conference Scheduled for July 30, 2010 and for Two-Week Extension of Defendants' Deadline to File Motion to Disqualify Plaintiffs' Counsel** [docket no. 25, filed July 23, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Settlement Conference set for July 30, 2010, is VACATED, to be reset upon the request of the parties.

IT IS FURTHER ORDERED that the deadline for defendants to file a motion to disqualify or strike is extended to and including **August 20, 2010**.


DATED: July 23, 2010