IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-01030-REB- BNB | Date: September 1, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| INJURY FINANCE, LLC,<br>DENVER SPINE AND REHABILITATION, P.C.,<br>ROCKY MOUNTAIN OCCUPATIONAL<br>CENTERS, LLC,<br>COLORADO INJURY TREATMENT DENTERS, and<br>SCOTT BURKE, | Marc Levy |

        Plaintiff(s),

v.

| | |
|---|---|
| ADMINSTAFF COMPANIES, INC.,<br>ADMINSTAFF COMPANIES, II, L.P.,<br>MELICK PORTER & SHEA, LLP,<br>and MICHAEL MAZURCZAK | Scott Baker<br>Joe Dodson |

        Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    8:33 a.m.

Appearance of counsel.

Court's opening remarks.

Defendants exhibits were admitted.

Argument presented.

**ORDERED:** Defendants' motion to disqualify plaintiffs' counsel Marc Levy [Doc. # 28; filed 8/20/10] is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiffs' oral motion to extend the deadline for joinder of parties and

**amendment of pleadings is granted. The deadline for joinder of parties and amendment of pleadings is extended to September 3, 2010.**

Court in Recess: 9:21 a.m. Hearing concluded. Total time in Court: 00:48

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.