IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01030-REB-BNB

INJURY FINANCE, LLC,
DENVER SPINE AND REHABILITATION, P.C.,
ROCKY MOUNTAIN OCCUPATIONAL CENTERS, LLC,
COLORADO INJURY TREATMENT CENTERS, and
SCOTT BURKE,

Plaintiffs,

v.

ADMINSTAFF COMPANIES, INC.,
ADMINSTAFF COMPANIES, II, L.P.,
MELICK PORTER & SHEA, LLP, and
MICHAEL MAZURCZAK,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED that the plaintiffs' unopposed oral motion to amend the scheduling order is GRANTED, and the scheduling order is modified to the following extent:

      Deadline to join parties and amend pleadings:    **September 3, 2010**

DATED: September 1, 2010