**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01030-REB-BNB

INJURY FINANCE, LLC,
DENVER SPINE AND REHABILITATION, PC,
ROCKY MOUNTAIN OCCUPATIONAL CENTERS, LLC,
COLORADO INJURY TREATMENT CENTERS, and
SCOTT BURKE,

    Plaintiffs,

v.

ADMINISTAFF COMPANIES, LLC,
ADMINISTAFF COMPANIES II, LP,
MELICK, PORTER & SHEA, LLP, and
MICHAEL MAZURCZAK,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#43] filed September 17, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#43] filed September 17, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for April 22, 2011, is **VACATED**;

3. That the jury trial set to commence May 9, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 20, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge